AO 83 (Rev. 06/09)  Summons in a Criminal Case                                    SEALED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>GEOFFREY MARK PALERMO<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)  Case No.3:20-mj-70681 AGT<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information   ❏ Superseding Information       ☑ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition   ❏ Violation Notice       ❏ Order of Court

| Place: U.S. Marshals Service, Northern District of California<br>450 Golden Gate Ave., 20th Floor<br>San Francisco, CA 94102 | Courtroom No.: |
|---|---|
| | Date and Time: |

This offense is briefly described as follows:

Wire Fraud and Honest Services Wire Fraud, in violation of 18 U.S.C. §§ 1343, 1346 (One Count)
Wire Fraud, in violation of 18 U.S.C. § 1343 (One Count)
False Statement in Loan Application to Federally Insured Bank, in violation of 18 U.S.C. § 1014 (One Count)

This summons directs you to the U.S. Marshals Service for federal processing. The U.S. Marshals will provide you with additional information regarding your initial (telephonic) appearance before the U.S. Magistrate Judge.

Date:      5/29/2020
_____

_____
*Issuing officer's signature*

Hon. Alex G. Tse, U.S. Magistrate Judge
*Printed name and title*

I declare under penalty of perjury that I have:

❏ Executed and returned this summons              ❏ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*