| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | KATHERINE L. WAWRZYNIAK (CABN 252751)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7317 |
| 7 | FAX: (415) 436-7234<br>katherine.wawrzyniak@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GEOFFREY MARK PALERMO,<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) | NO.: 3:20-mj-70681 AGT<br><br>[~~PROPOSED~~] ORDER RECALLING ARREST WARRANT |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the arrest warrant in this matter be recalled.  The warrant is no longer necessary.

IT IS SO ORDERED.

DATED: __June 15, 2020__

_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

[~~PROPOSED~~] ORDER RE WARRANT                1